application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350.

No. 801. Hodge *v.* Huff. April 24, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. Mr. Justice Rutledge took no part in the consideration or decision of this application. *Mr. Roger Robb* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for respondent.

No. 780. Voorhees *v.* Cox, Warden. April 24, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Blatchford Downing* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Edward G. Jennings* for respondent.

No. —. Ex parte William Hanley; and
No. —. Ex parte John Welch. See *ante,* p. 708.

No. 223. Severin, Surviving Partner, *v.* United States. May 1, 1944. Petition for writ of certiorari to the Court of Claims denied. *Mr. Herman J. Galloway* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney* and *Newell A. Clapp* for the United States.

No. 758. Grand River Dam Authority *v.* Board of Education of Wyandotte. May 1, 1944. Petition for